UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARBARA ATKINS and ) | |
| CARSIE BALDWIN ) | |
| ) | |
| v. ) | No. 3:10-0529 |
| ) | Judge Echols |
| ) | |
| JANSSEN PHARMACEUTICA, INC. ) | |
| ET AL. ) | |

**O R D E R**

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable to undertake this matter, and the same is returned to the Clerk for reassignment.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE